BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE INTEL MARKET PRACTICES ANTITRUST LITIGATION | MDL DOCKET NO. _____ |

**EXHIBITS TO PLAINTIFFS MICHAEL BRAUCH AND ANDREW MEIMES'
NOTICE OF RELATED ACTIONS**



RECEIVED JUL 18 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

56694.1