# United States District Court

_____ DISTRICT OF DELAWARE _____

| | |
|---|---|
| LUDY A. CHACON and DARCIE RUSS, individually and on behalf of all others similarly situated, | SUMMONS IN A CIVIL CASE |
| | CASE NUMBER: 05-489-JJF |
| V. | |
| INTEL CORPORATION, a Delaware corporation | |

TO: (Name and address of defendant)

INTEL CORPORATION
c/o Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY (name and address)

Jeffrey S. Goddess, Esquire
Rosenthal, Monhait, Gross & Goddess, P.A.
P. O. Box 1070
Wilmington, DE 19899-1070

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                              7-29-05
_____              _____
CLERK                                         DATE

_____
(BY) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 7-29-05 |
|---|---|
| NAME OF SERVER (PRINT) Donna Sianni | TITLE Courier, RMG&G |

Check one box to indicate appropriate method of service:

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): served Intel Corporation on July 29, 2005 at 12:15 .m. by serving its registered agent, the Corporation Trust Company, 1209 Orange St., Wilmington, DE  19801

_Brian Penrod_ accepted service

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare, under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/29/2005
Date

Signature of Server

919 N. Market St.
Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.