## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LUDY A. CHACON and DARICE RUSS, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> INTEL CORPORATION, <br><br> Defendant. | C.A. No. 05-489-JJF |

## STIPULATION AND ORDER EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, subject to approval of the Court, that Intel Corporation's response to Plaintiffs' complaint shall be due either (1) the earlier of 60 days after transfer of the above-captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings under 28 U.S.C. § 1407 or such time for response that the transferee Court may require for any action made part of the same MDL; or (2) 45 days after any such motion has been denied. No prior extensions of time have been sought or granted.

Dated: August 4, 2005

ROSENTHAL, MONHAIT, GROSS & GODDESS, P.A.

POTTER ANDERSON & CORROON LLP

/s/ Jeffrey S. Goddess
Jeffrey S. Goddess (#630)
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070
Telephone:  (302) 656-4433
Facsimile:  (302) 658-7567
jgoddess@rmgglaw.com

Of Counsel:

Natalie Finkelman Bennett
SHEPHERD, FINKELMAN, MILLER
    & SHAH, LLC
Media, PA 19063
Telephone:  (610) 891-9880
Facsimile:  (610) 891-9883

James E. Miller
SHEPHERD, FINKELMAN, MILLER
    & SHAH, LLC
65 Main Street
Chester, CT 06412-1311
Telephone:  (860) 526-1100
Facsimile:  (860) 526-1120

Ira Neil Richards
R. Andrew Santillo
TRUJILLO RODRIGUEZ
    & RICHARDS, LLC
226 W. Rittenhouse Square, The Penthouse
Philadelphia, PA 19103
Telephone:  (215) 731-9004
Facsimile:  (215) 731-9044

Douglas P. Dehler
THE DEHLER LAW FIRM
250 N. Sunnyslope Road, Suite 300
Brookfield, WI 53005
Telephone:  (262) 780-7041
Facsimile:  (262) 780-7057

For Richard L. Horwitz (#2246)
W. Harding Drane (#1023)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19801
Phone:  (302) 984-6000
Facsimile:  (302) 658-1192
rhorwitz@potteranderson.com
wdrane@potteranderson.com

Of Counsel:

BINGHAM McCUTCHEN LLP
David M. Balabanian
Christopher B. Hockett
Joy K. Fuyuno
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  (415) 393-2000
Facsimile:  (415) 393-2286

Richard A. Ripley
1120 20th Street, N.W., Suite 800
Washington, D.C. 20036
Telephone:  (202) 778-6101
Facsimile:  (202) 393-6929

Attorneys for Defendant
INTEL CORPORATION

2

Marc A. Wites
WITES & KAPETAN, P.A.
4400 North Federal Highway
Lighthouse Point, FL 33064
Telephone: (954) 570-8989
Facsimile: (954) 354-0205

John R. Minnino
J MINNINO, LLC
475 White House Pike
Collingswood, NJ 08107-2909
Telephone: (856) 833-0600
Facsimile: (856) 833-9649

Attorneys for Plaintiffs
LUDY A. CHACON and DARICE RUSS


SO ORDERED this ___ day of _____, 2005.


_____
Joseph J. Farnan, Jr., U.S.D.J.